# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 1:21-cv-01323-ELH |
| BP P.L.C., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in this case for defendants CNX Resources Corporation, CONSOL Energy Inc., and CONSOL Marine Terminals LLC.[1]

I certify that I am admitted to practice in this Court.

Dated: May 28, 2021                    Respectfully Submitted,


                                       /s/ Tracy A. Roman
                                       Tracy A. Roman, Bar Number 11245
                                       CROWELL & MORING LLP
                                       1001 Pennsylvania Ave. NW
                                       Washington, DC 20004
                                       Tel: 202-624-2500
                                       Fax: 202-528-2116
                                       troman@crowell.com

---

[1] CNX Resources Corporation, CONSOL Energy Inc., and CONSOL Marine Terminals LLC reserve all rights, including defenses and objections as to venue, service, and personal jurisdiction.  The filing of this Notice is subject to, and is not intended to and does not waive, any such defenses and objections.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was filed through the ECF system on the

28th day of May 2021.


/s/ Tracy A. Roman
Tracy A. Roman