UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ANNE ARUNDEL COUNTY, MARYLAND,

                *Plaintiff*,

v.

BP P.L.C., et al.,

                *Defendants*.

Civil Action No. 1:21-cv-01323-ELH

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants Royal Dutch Shell plc and Shell Oil Company.[1]  I certify that I am admitted to practice in this Court.

DATE:  May 28, 2021

Respectfully submitted,

By:  */s/ James M. Webster, III*
James M. Webster, III (State Bar No. 23376)
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: jwebster@kellogghansen.com

*Counsel for Defendants*
*Royal Dutch Shell plc and Shell Oil Company*

---

[1] Defendants Royal Dutch Shell plc and Shell Oil Company reserve all rights, including defenses and objections as to venue, service, personal jurisdiction, etc.; the filing of this Entry of Appearance is subject to, and without waiver of, any such defenses and objections.

## CERTIFICATE OF SERVICE

I hereby certify that, on May 28, 2021, the foregoing document was filed through the ECF system and which caused a copy of the document to be served on all registered participants identified on the Notice of Electronic Filing.

/s/ *James M. Webster, III*
James M. Webster, III

KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.

*Counsel for Defendants*
*Royal Dutch Shell plc and Shell Oil Company*