UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

ANNE ARUNDEL COUNTY, MARYLAND,

        Plaintiff,

    v.

BP P.L.C.; *et al.*,

        Defendants.

CASE NO.: 1:21-cv-01323

## STIPULATION AND [~~PROPOSED~~] ORDER STAYING PROCEEDINGS[1]

Plaintiff, Anne Arundel County, Maryland ("the County"), and Defendants BP p.l.c., BP America Inc., BP Products North America Inc., Crown Central LLC, Crown Central New Holdings LLC, Rosemore, Inc., Chevron Corporation, Chevron U.S.A. Inc., Exxon Mobil Corp., ExxonMobil Oil Corporation, Royal Dutch Shell plc, Shell Oil Company, CITGO Petroleum Corp., ConocoPhillips, ConocoPhillips Company, Phillips 66, Phillips 66 Company, Marathon Oil Company, Marathon Oil Corporation, Marathon Petroleum Corporation, Speedway LLC, Hess Corp., CNX Resources Corporation, CONSOL Energy Inc., CONSOL Marine Terminals LLC, and American Petroleum Institute (collectively, "Defendants") (Plaintiff and Defendants are collectively referred to herein as "the Parties"), hereby stipulate and agree to, and request the Court to enter, a stay of proceedings, pending the Fourth Circuit's decision on remand from *BP P.L.C. v. Mayor & City Council of Baltimore*, 2021 WL 1951777 (U.S. May 17, 2021).

---

[1] This stipulation does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process.

Andrew G. McBride (*pro hac vice*
forthcoming)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006-4103
(202) 857-2487 Office
(202) 828-2987 Fax
amcbride@mcguirewoods.com

Brian D. Schmalzbach (*pro hac vice*
forthcoming)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-4746 Office
(804) 698-2304 Fax
bschmalzbach@mcguirewoods.com

*Attorneys for American Petroleum Institute*

SO ORDERED.

Dated: __6|1|21__

Ellen L. Hollander,
United States District Judge