UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND<br><br>**Plaintiff,**<br><br>v.<br><br>BP P.L.C., et al.<br><br>**Defendants.** | CASE NO.:  1:21-cv-01323—ELH |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendants BP p.l.c., BP America Inc. and BP Products North America Inc.  I certify that I am admitted to practice in this Court.

Dated: 06/02/21

                                                                                  / s /
                                                   John B. Isbister (Bar No. 00639)
                                                   jisbister@tydingslaw.com
                                                   Tydings & Rosenberg LLP
                                                   One East Pratt Street, Suite 901
                                                   Baltimore, MD  21202
                                                   Tel:  410-752-9700
                                                   Fax:  410-727-5460

                                                   ***Counsel for Defendants BP p.l.c., BP America Inc. and BP Products North America Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of June, a copy of the foregoing *Entry of Appearance in a Civil Case* was served on all counsel of record via the court's electronic filing system.

                                                               / s /
                                                   John B. Isbister