# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND, <br><br> **Plaintiff,** <br><br> v. <br><br> BP P.L.C.; BP AMERICA, INC.; BP PRODUCTS NORTH AMERICA INC.; CROWN CENTRAL LLC, CROWN CENTRAL NEW HOLDINGS LLC; ROSEMORE, INC.; CHEVRON CORP.; CHEVRON U.S.A. INC.; EXXON MOBIL CORP.; EXXONMOBIL OIL CORPORATION; ROYAL DUTCH SHELL PLC; SHELL OIL COMPANY; CITGO PETROLEUM CORP.; CONOCOPHILLIPS; CONOCOPHILLIPS COMPANY; PHILLIPS 66; PHILLIPS 66 COMPANY; MARATHON OIL COMPANY; MARATHON OIL CORPORATION; MARATHON PETROLEUM CORPORATION; SPEEDWAY LLC; HESS CORP.; CNX RESOURCES CORPORATION; CONSOL ENERGY INC.; CONSOL MARINE TERMINALS LLC; and AMERICAN PETROLEUM INSTITUTE, <br><br> **Defendants**. | CIVIL ACTION <br> FILE NO.: 1:21-cv-1323- ELH |

## **NOTICE OF APPEARANCE**

Please enter the appearance of David B. Hamilton as counsel for Defendants ConocoPhillips and ConocoPhillips Company.

1

Dated: June 4, 2021					Respectfully Submitted,

											**WOMBLE BOND DICKINSON (US) LLP**


											/s/ David B. Hamilton
											David B. Hamilton (Bar No. 04308)
											100 Light Street, 26th Floor
											Baltimore, Maryland 21202
											Tel. No.: (410) 545-5800
											Email:   David.Hamilton@wbd-us.com


											*Counsel for Defendants ConocoPhillips and ConocoPhillips Company*


										**CERTIFICATE OF SERVICE**

I certify that on June 4, 2021, the foregoing document was filed with the Court's CM/ECF electronic filing system and thereby served upon all counsel of record.


											/s/ David B. Hamilton
											David B. Hamilton (Bar No. 04308)