IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Anne Arundel County, Maryland                 *

**Plaintiff,**

                                              *

**v.**                                                    Case No.  21-cv-01323

**BP P.L.C.**                                  *

**Defendant.**                                 *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  CNX Resources Corporation

I certify that I am admitted to practice in this Court.

5/25/2022                                         /s/ Noel J. Francisco
Date                                              Signature

                                                  Noel J. Francisco, Bar No. 28961
                                                  Printed name and bar number

                                                  51 Louisiana Ave. NW, Washington DC 20001

                                                  Address

                                                  njfrancisco@jonesday.com
                                                  Email address

                                                  202-879-3939
                                                  Telephone number

                                                  202-626-1700
                                                  Fax number