# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
**(Northern Division)**

| | |
|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND,<br><br>Plaintiff<br><br>vs.<br><br>BP, P.L.C., *et. al.*<br><br>Defendants. | Civil Action No. 1:21-cv-01323-SAG |

## NOTICE OF APPEARANCE

Please enter the appearance of Alison C. Schurick as additional counsel for Defendants Chevron Corporation and Chevron U.S.A., Inc. in the above captioned action.

Dated: May 26, 2022

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/Alison C. Schurick*
Alison C. Schurick (Bar No. 17770)
100 Light Street, 19th Floor
Baltimore, MD 21202
(410) 862-1115
Email: aschurick@bakerdonelson.com

*Counsel for Defendants Chevron Corp. and Chevron U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of May, 2022, a copy of the foregoing Notice of Appearance was served on all counsel of record via this Court's CM/ECF filing system.

*/s/Alison C. Schurick*
Alison C. Schurick

4881-5618-3330v2