**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

June 27, 2022

LETTER ORDER

      Re:  City of Annapolis, Maryland v. BP P.L.C., et al.,
            Civil Case No. 21-cv-00772-SAG;
            Anne Arundel County, Maryland v. BP P.L.C., et al.,
            Civil Case No. 21-cv-01323-SAG

Dear Counsel:

      I have reviewed the motions to stay in the above-captioned cases, along with the related briefing. I have determined that I will reserve ruling on those motions to stay until the parties have completed briefing on the plaintiffs' motions for remand. Although I recognize the potential expenditure of unnecessary time and resources associated with that briefing, the Court will be in a better position when that briefing is complete to predict the likelihood that certiorari will be granted, or at least to anticipate the timing of the Supreme Court's decision. Given the complex issues presented in these cases, I want to be well positioned to advance the cases expeditiously in the event that certiorari is denied. Accordingly, I will await full briefing on the plaintiffs' respective motions to remand, in accordance with the parties' agreed schedule before I address whether a further stay is warranted.

      Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                              Sincerely yours,

                                              /s/

                                              Stephanie A. Gallagher
                                              United States District Judge