IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| ANNE ARUNDEL COUNTY, MARYLAND,<br><br>　　　　　　　Plaintiff,<br>　v.<br>BP P.L.C., *et al.*,<br><br>　　　　　　　Defendants. | Case No. 1:21-cv-01323-SAG |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

　　Please enter my appearance as counsel in this case for Defendant American Petroleum Institute. I certify that I am admitted to practice in this Court.

Dated: September 14, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Brian D. Schmalzbach*
　　　　　　　　　　　　　　　　　　　　　Brian D. Schmalzbach (Bar No. 30390)
　　　　　　　　　　　　　　　　　　　　　**MCGUIREWOODS LLP**
　　　　　　　　　　　　　　　　　　　　　Gateway Plaza
　　　　　　　　　　　　　　　　　　　　　800 East Canal Street
　　　　　　　　　　　　　　　　　　　　　Richmond, VA 23219
　　　　　　　　　　　　　　　　　　　　　Telephone: (804) 775-4746
　　　　　　　　　　　　　　　　　　　　　Facsimile:  (804) 698-2304
　　　　　　　　　　　　　　　　　　　　　bschmalzbach@mcguirewoods.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*
　　　　　　　　　　　　　　　　　　　　　*American Petroleum Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

*Counsel for Defendant*
*American Petroleum Institute*